**George H. SEYMOUR, Plaintiff–Appellant,**

v.

**W. Andrew REESE, M.D., Individually and in his capacity as Medical Director of the Pamunkey Regional Jail, Defendant–Appellee.**

No. 01–1570.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Scott Gregory Crowley, Crowley & Crowley, Richmond, VA, for appellant. Lynne Jones Blain, Jeremy D. Capps, Harman, Claytor, Corrigan & Wellman, Glen Allen, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

George H. Seymour appeals from the district court's order granting summary judgment in favor of Defendant in this 42 U.S.C.A. § 1983 (West Supp.2001) action in which Seymour asserted that the Defendant was deliberately indifferent to his serious medical needs. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Seymour v. Reese,* No. CA–00–687–3 (E.D.Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*